**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7892**

---

MICHAEL HITTER,

Petitioner - Appellant,

versus

WILLIE WELDON, Warden of Lieber Correctional
Institution; CHARLES CONDON, Attorney General
of State of South Carolina,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Cameron McGowan Currie, District
Judge.  (CA-00-3411-4-22BF)

---

Submitted:  May 15, 2002                Decided:  May 31, 2002

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Melissa Reed Kimbrough, Columbia, South Carolina, for Appellant.
Jeffrey Alan Jacobs, OFFICE OF THE ATTORNEY GENERAL, Columbia,
South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Hitter seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Hitter v. Weldon, No. CA-00-3411-4-22BF (D.S.C. Oct. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2